**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
         jsmith@bursor.com

**BURSOR & FISHER, P.A.**
Frederick J. Klorczyk III (State Bar No. 320783)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: fklorczyk@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC HUNTER, individually and on behalf of all others similarly situated,<br><br>                                   Plaintiff,<br><br>     v.<br><br>FCA US LLC,<br><br>                                   Defendant. | Case No. 4:22-cv-06777-HSG<br><br>**STIPULATION AND ORDER FOR REMAINING BRIEFING ON FCA US LLC'S MOTION TO DISMISS**<br><br>Hon. Haywood S. Gilliam, Jr. |

Plaintiff Eric Hunter and Defendant FCA US LLC (collectively "the Parties") jointly stipulate to a briefing schedule for FCA US' pending motion to dismiss, pursuant to this Court's December 13, 2022 Order (ECF No. 18). In support, the Parties state as follows:

1. Plaintiff filed a motion to remand on November 8, 2022, and FCA filed a motion to dismiss on December 9, 2022. ECF Nos. 13, 16. Plaintiff's motion to remand is fully briefed, but the opposition and reply briefs for FCA US' motion to dismiss have not yet been filed.

2. On December 13, 2022, the parties filed a stipulation to stay briefing and continue the hearing on FCA US' pending motion to dismiss until resolution of Plaintiff's pending motion to remand. ECF No. 17.

3. The Court denied in part that stipulation, ordering the parties to submit a briefing schedule for the opposition and reply briefs on FCA US' motion to dismiss, with the reply brief to be due no later than February 9, 2023. ECF No. 18. The Court also set the hearing date for FCA US' motion to dismiss on the same date as the hearing for Plaintiff's pending motion to remand, which is February 23, 2023. *Id.*

Therefore, subject to approval by the Court, the Parties stipulate to the following:

1. Plaintiff's opposition to FCA US' Motion to Dismiss shall be due on or before January 19, 2023.
2. FCA US' reply in support of its Motion to Dismiss shall be due on or before February 9, 2023.

Dated: December 15, 2022                    Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:      */s/ Joel D. Smith*
              Joel D. Smith

L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

|   |   |
|---|---|
| 1 | jsmith@bursor.com |
| 2 | Frederick J. Klorczyk III (State Bar No. 320783) |
| | 888 Seventh Avenue |
| 3 | New York, NY 10019 |
| | Telephone: (646) 837-7150 |
| 4 | Facsimile: (212) 989-9163 |
| | E-Mail: fklorczyk@bursor.com |
| 5 | |
| | *Attorneys for Plaintiff* |
| 6 | |
| 7 | By:  /s/ *Alexander M. Carnevale (by consent)* |
| | Alexander Mr. Carnevale |
| 8 | |
| | Alexander M. Carnevale, Bar No. 332875" |
| 9 | acarnevale@thompsoncoburn.com" |
| | THOMPSON COBURN LLP" |
| 10 | 10100 Santa Monica Blvd., Suite 500" |
| | Los Angeles, California 90067" |
| 11 | Tel: (310) 282-2500 / Fax: (310) 282-2501 |
| 12 | Stephen A. D'Aunoy (to be admitted pro hac vice)" |
| | sdaunoy@thompsoncoburn.com" |
| 13 | Thomas L. Azar, Jr. (to be admitted pro hac vice)" |
| | tazar@thompsoncoburn.com" |
| 14 | Scott H. Morgan (to be admitted pro hac vice)" |
| | smorgan@thompsoncoburn.com" |
| 15 | THOMPSON COBURN LLP" |
| | One US Bank Plaza" |
| 16 | St. Louis, Missouri 63101" |
| | Tel: (314) 552-6000 / Fax: (314) 552-7000 |
| 17 | |
| | *Attorneys for Defendant FCA US LLC*" |
| 18 | |

**L.R. 5-1(h) Attestation**

I attest that each of the other Signatories have concurred in the filing of the document.

Dated: December 15, 2022          /s/ *Joel D. Smith*
                                                              Joel D. Smith

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 12/15/2022

Hon. Haywood S. Gilliam, Jr.
United States District Judge