HAYLEY N. LANDMAN, Bar No. 337852
*hlandman@thompsoncoburn.com*
**THOMPSON COBURN LLP**
10100 Santa Monica Blvd., Suite 500
Los Angeles, California 90067
Tel: (310) 282-2500 / Fax: (310) 282-2501

STEPHEN A. D'AUNOY (*pro hac vice*)
*sdaunoy@thompsoncoburn.com*
THOMAS L. AZAR, JR. (*pro hac vice*)
*tazar@thompsoncoburn.com*
SCOTT H. MORGAN (*pro hac vice*)
*smorgan@thompsoncoburn.com*
**THOMPSON COBURN LLP**
One US Bank Plaza
St. Louis, Missouri 63101
Tel: (314) 552-6000 / Fax: (314) 552-7000

*Attorneys for Defendant FCA US LLC*

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC HUNTER, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>FCA US, LLC,<br><br>    Defendant. | Case No. 4:22-cv-06777-HSG<br><br>**DEFENDANT FCA US LLC'S STATEMENT OF RECENT DECISION IN SUPPORT OF ITS OPPOSITION TO PLAINTIFF'S MOTION TO REMAND** |

**TO THE CLERK OF THE COURT, TO THE PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that Defendant FCA US, LLC hereby submits this Statement of Recent Decision pursuant to Local Rule 7-3(d)(2) in further support of its Opposition to Plaintiff Eric Hunter's Motion to Remand, ECF #14. Attached hereto as Exhibit A is a copy of the recent decision *Kim v. Walmart, Inc.*, Case No. 2:22-cv-08380-SB-PVC, 2023 WL 196919 (C.D.Cal. Jan. 13, 2023),

which provides additional support for FCA US's arguments against remand.  *See id.* at **2-3.  Accordingly, FCA US respectfully requests that the Court consider this additional authority in deciding the remand motion.

Dated:  February 9, 2023          **THOMPSON COBURN LLP**

                                   _/s/ Hayley N. Landman_
                                   Hayley N. Landman
                                   Stephen A. D'Aunoy (*pro hac vice*)
                                   Thomas L. Azar, Jr. (*pro hac vice*)
                                   Scott H. Morgan (*pro hac vice*)

                                   *Attorneys for Defendant FCA US LLC*

1

2

## <u>CERTIFICATE OF SERVICE</u>

3

     I hereby certify that on February 9, 2023, I electronically filed the foregoing

4
document using the CM/ECF system which will send notification of such filing to the

5
e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail

6
Notice List.

                                                  */s/ Hayley N. Landman*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEFENDANT FCA US LLC'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS
PLAINTIFF'S CLASS ACTION COMPLAINT; Case No. 4:22-cv-06777-HSG**