HAYLEY N. LANDMAN, Bar No. 337852
*hlandman@thompsoncoburn.com*
**THOMPSON COBURN LLP**
10100 Santa Monica Blvd., Suite 500
Los Angeles, California 90067
Tel: (310) 282-2500 / Fax: (310) 282-2501

STEPHEN A. D'AUNOY (*pro hac vice*)
*sdaunoy@thompsoncoburn.com*
THOMAS L. AZAR, JR. (*pro hac vice*)
*tazar@thompsoncoburn.com*
SCOTT H. MORGAN (*pro hac vice*)
smorgan@thompsoncoburn.com
**THOMPSON COBURN LLP**
One US Bank Plaza
St. Louis, Missouri 63101
Tel: (314) 552-6000 / Fax: (314) 552-7000

*Attorneys for Defendant FCA US LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ERIC HUNTER, individually and on behalf of others similarly situated,

Plaintiff,

vs.

FCA US, LLC,

Defendant.

Case No. 4:22-cv-06777-HSG

**FCA US LLC'S NOTICE OF SUBSTITUTION OF COUNSEL**

/ / /

/ / /

/ / /

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Alexander M. Carnevale is hereby withdrawn from representing Defendant FCA US LLC in this matter, as he has recently left the employ of Thompson Coburn LLP.

PLEASE TAKE FURTHER NOTICE that attorney Hayley N. Landman of Thompson Coburn LLP, 10100 Santa Monica Blvd., Suite 500, Los Angeles, CA 90067, admitted to practice before this Court, is hereby substituted as counsel for Defendant FCA US LLC in place of attorney Carnevale who is no longer with Thompson Coburn LLP. Attorney Landman entered an appearance as counsel on behalf of Defendant FCA US LLC on February 1, 2023 (ECF #29).

ADDITIONALLY, PLEASE TAKE NOTICE that the other attorneys previously entered on behalf of FCA US LLC, as noted at the top of this document and in the signature block below, continue to represent FCA US LLC in this matter.

DATED: February 9, 2023

**THOMPSON COBURN LLP**

By: */s/ Hayley N. Landman*

Hayley N. Landman, SBN 337852
Stephen A. D'Aunoy (*pro hac vice*)
Thomas L. Azar, Jr. (*pro hac vice*)
Scott H. Morgan (*pro hac vice*)

Attorneys for Defendant FCA US LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2022, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

/s/ *Deborah G. Clow*